UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY HEALEY aka NANCY MINAKAKIS
aka NANCY GENOVESE,

                Plaintiff,                              **MEMORANDUM AND ORDER**
                                                                                       2:20-CV-6198 (AMD) (AYS)

    -against-

BAYVIEW LOAN SERVICE; SHAWN WARD
COSCHGNINO; ANDREW ROTH; HSBC;
FRANKLIN CHUI; MCCABE WEISEBURG
CONWAY; RON WEISS; WEISS LAW; 10
JOHN DOES; and 10 JANE DOES,

                Defendants.
------------------------------------------------------------X
**ANN M. DONNELLY**, United States District Judge:

On December 18, 2020, the plaintiff filed this action *pro se* seeking the removal of liens on her property. The plaintiff also filed an Order to Show Cause requesting a preliminary injunction and temporary restraining order (ECF No. 3); an accompanying affidavit requests an "Order directing Suffolk County clerk[']s office to remove mortgages and [liens] on [the plaintiff's] property, recorded 2020 without [judgment]" (ECF No. 4). Because the plaintiff has not demonstrated a likelihood of success on the merits, nor made a showing of immediate or irreparable harm, the motion for a preliminary injunction and a temporary restraining order is denied. *See e.g.*, *Waldman Pub. Corp. v. Landoll, Inc.*, 43 F.3d 775, 779-80 (2d Cir.1994); *Local 1814 Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n. Inc.*, 965 F.2d 1224, 1228 (2d Cir. 1992).

**SO ORDERED.**

                                                                       s/Ann M. Donnelly
                                                             ANN M. DONNELLY
                                                             United States District Judge

Dated:  Brooklyn, New York
         January 4, 2021